IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 15-09268-MCF |
| JESSENIA MARIE SANTIAGO AGOSTO | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S REPLY TO TRUSTEE'S UNFAVORABLE
REPORT ON CONFIRMATION, DOCKET #11**

TO THE HONORABLE COURT:

**NOW COMES, JESSENIA MARIE SANTIAGO AGOSTO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January, 2016, the Chapter 13 Trustee filed an unfavorable report on confirmation, docket #11, stating that the debtor has failed to submit child support income evidence.

2. The debtor respectfully submits that on January 11, 2016, she provided to the Trustee child support income evidence via *Trustee Electronic Document Filing Application (TEDFA)*.

3. With this information debtor responds to the Trustee's unfavorable report on confirmation, docket #11.

**WHEREFORE** debtor respectfully prays that Trustee's unfavorable recommendation be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the debtor to her address of record.

**Page -2-**
**Debtor's Reply to Trustee's Unfavorable Report**
**Case no. 15-09268-MCF13**

      **RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of January, 2016.

/s/ ***Roberto Figueroa Carrasquillo***
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186 CAGUAS PR 00726-0816
TEL (787)744-7699FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com